In the Matter of MARCIA B. TUCKER, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [733 Park Ave. and 104 E. 71st St., Borough of Manhattan.] — Order unanimously modified by increasing the building value to $52,000 for each of the six years under review, upon the ground that the finding by Special Term with respect to the value of the building was inadequate. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

## (December 26, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR REPOLA Appellant.— Order unanimously affirmed and judgment unanimously modified by striking therefrom the second sentence to a consecutive term of five to ten years' imprisonment for the crime of possession and, as so modified, affirmed. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 735.]